## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * **Civil Action Number: 19-1099** |
| | * |
| **EDNA SANTOS, also known as** | * |
| **EDNA RIVERA-SANTOS** | * |
| | * |
| **Defendant.** | * |

## COMPLAINT

The United States of America brings this action to recover an administrative fine that has become final, and respectfully states the following:

## JURISDICTION AND VENUE

1.    This is a civil action to recover a civil fine assessed by the United States of America, through the United States Customs and Border Protection ("CBP"), Department of Homeland Security, in the amount of THIRTY-EIGHT THOUSAND SEVEN HUNDRED EIGHTY-SIX and NO/100 DOLLARS ($38,786.00), issued under authority of Section 10 of the Anticounterfeiting Consumer Protection Act, as amended, 19 U.S.C. § 1526(f).

2.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345 and 1355.

3.    Venue is proper pursuant to 28 U.S.C. § 1395 in that the action accrued in this judicial district and the defendant is believed to be a resident and domiciliary of this district.

## THE DEFENDANT

4.    The defendant is Edna Santos, also known as Edna Rivera-Santos, a resident of the Municipality of Orocovis, Puerto Rico.  Based on information and belief, the defendant resides at

1

Bo. Botijas 1, Carretera (Street) 772 Km 9.0 or 9.2 in Orocovis, Puerto Rico. She has been associated with a business named J&L Distributors, which sells jewelry and other items.

## FEDERAL STATUTORY AND REGULATORY AUTHORITY

5. A "trademark" is defined as "any word, name, symbol, or device, or any combination thereof − (1) used by a person, or (2) which a person has a bonafide intention to use in commerce and applies to register on the principal register established by this chapter, to identify and distinguish his or her goods, including a unique product, from those manufactured or sold by others and to indicate the source of the goods, even if that source is unknown…." 15 U.S.C. § 1127.

6. The term "mark" includes "any trademark, service mark, collective mark, or certification mark." 15 U.S.C. § 1127.

7. A "counterfeit trademark" is a "spurious mark which is identical with, or substantially indistinguishable from, a registered mark." 15 U.S.C. § 1127.

8. The Anticounterfeiting Consumer Protection Act (ACPA), Pub.L.104-153, 110 Stat. 1388, signed into law on July 2, 1996, provides protection to registered trademark holders by directing the seizure and forfeiture of counterfeit trademark merchandise imported into the United States and the issuance of civil penalties against violating importers. The Act (codified at at 19 U.S.C. § 1526) provides the following:

> **(a) Importation prohibited**. Except as provided in subsection (d) of this section [addressing a personal use exemption], it shall be unlawful to import into the United States any merchandise of a foreign manufacture if such merchandise, or the label, sign, print, package, wrapper, or receptacle, bears a trademark owned by a citizen of, or by a corporation or association created or organized within, the United States, and registered in the Patent and Trademark Office by a person domiciled in the United States… and if a copy of the certificate of registration of such trademark is filed with the Secretary of the Treasury [CBP]… unless written consent of the owner of such trademark is produced at the time of making entry

2

...

**(e) Merchandise bearing a counterfeit mark; seizure and forfeiture; disposition of seized goods**.  Any such merchandise bearing a counterfeit mark (within the meaning of section 1127 of title 15 [defining "mark" to include a trademark]) imported into the United States in violation of the provisions of section 1124 of title 15, shall be seized and, in the absence of written consent of the trademark owner, forfeited for violations of the customs laws.  Upon seizure of such merchandise, the Secretary shall notify the owner of the trademark, and shall, after forfeiture, destroy the merchandise.

19 U.S.C. § 1526.  See also 19 C.F.R. §§ 133.21-133.26 (regulations implementing statutory seizure and forfeiture provisions).

9.      Civil penalties for the infringement of trademark laws are imposed under 19 U.S.C. § 1526(f):

    (1)      Any person who directs, assists financially or otherwise, or aids and abets the importation of merchandise for sale or public distribution that is seized under subsection (c) shall be the subject of a civil fine.

    (2)      For the first such seizure, the fine shall not be more than the value that the merchandise would have had if it were genuine, according to the manufacturer's suggested retail price, determined under regulations promulgated by the Secretary.

    (3)      For the second seizure and thereafter, the fine shall not be more than twice the value that the merchandise would have had it been determined to be genuine, as determine under the regulations promulgated by the Secretary.

10.      By regulation, the CBP has set the penalty for a first violation at no more than the domestic value of the merchandise as if it had been genuine, based on the Manufacturer's Suggested Retail Price ("MSRP").  Accordingly, any trademark infringement action may be brought in the appropriate United States District Court to enjoin and seek damages against persons engaged in counterfeiting merchandise.  The imposition of a fine is within the discretion of the CBP, and is in addition to any other civil, criminal or other remedy authorized by law.  19 U.S.C. § 1526(f)(4).

## **FACTS IN SUPPORT OF THE IMPOSITION OF A CIVIL FINE**

11.     On April 5, 2017, while performing an IPR operation of mail shipments at the USPS

General Processing Center in Cataño, Puerto Rico, CBP officers inspected and detained parcel

packages with Airway Bill Tracking Numbers EA175506717CN, EA175507947CN,

EA123960423CN, EA175507805CN and EA175506456CN, for suspicion of importing

counterfeit merchandise.  **Exhibit A, Airway Bill**.  The package was addressed to the defendant

at an address in Orocovis, Puerto Rico.  The sender shipped the package from Guangzhuo,

China.

12.     Upon further inspection of the merchandise, CBP discovered a total of 14 Puma caps, 20

Adidas caps, 24 Armani Exchange caps, 3 Gucci caps, 2 Versace caps, 190 Calvin Klein metal

emblems, 111 Calvin Klein keychains, 19 Tous pendants, 19 Tous earrings, 16 Tous metal

emblems, 32 Adidas metal emblems, 32 Gucci watches, and 35 Tous watches.  These trademarks

are protected by Customs Recordation number TMK 06-00169, TMK 06-00113, TMK 03-

00439, TMK 04-00246, TMK 03-00467, TMK 97-00015, TMK 07-01247 and U.S. Patent and

Trademark Office (USPTO) Registration Numbers: 1354044, 1300627, 1756717, 1168477,

2426052, 2000616, 2323330.  **Exhibit B, IPRIS Printout**.

13.     CBP determined the merchandise was counterfeit, due to the low quality of the products,

the packaging method, and the delivery procedures used, which is not common for original

merchandise.  **Exhibit C, SEACATS Incident Report and Photo**.  CBP's Import Specialist

determined that the MSRP of all the goods that were counterfeited totaled a value of $38,786.00.

**Exhibit D, Appraisal**.

14.     On June 13, 2017, the CBP Fines, Penalties & Forfeitures Office ("FP&F") issued a

Notice of Seizure to the defendant.  **Exhibit E, Notice of Seizure**.  The Notice of Seizure

described the merchandise as "bearing a counterfeit trademark that is both registered with the Patent and Trademark Office (PTO) and recorded with Customs and Border Protection. The property contains markings which are substantially indistinguishable from and , therefore, bear a counterfeit design/word/mark as indicated above" and as a result, the merchandise was seized and was subject to forfeiture under 19 U.S.C. § 1526(e). The Notice of Seizure notified the defendant of the right to file a petition within thirty (30) days of the notice. CBP did not receive any documents in response to the Notice of Seizure. Thus, on August 16, 2017, CBP forfeited the merchandise. **Exhibit F, Declaration of Administrative Forfeiture**.

15.     On April 6, 2018, CBP issued the defendant a CBP Form 5955A, Notice of Penalty or Liquidated Damages Incurred and Demand for Payment, in the amount of $38,786.00. **Exhibit G, Notice of Penalty**. The amount of the civil penalty took into consideration the appraised value of the merchandise and the fact that it was a first time seizure under 19 U.S.C. § 1526. The CBP form that was issued asserted that the property bore counterfeit versions of U.S. registered trademarks in violation of 19 U.S.C. § 1526(f). Consistent with the statute, the amount of the civil penalty was assessed at the value of the merchandise as if it were genuine according to the MSRP.

16.     The defendant failed to respond to the Notice of Penalty. Therefore, FP&F sent to the defendant three bills on June 10, 2018, June 24, 2018, and July 8, 2018. **Exhibit H, FP&F Demand Letters**. The defendant neither responded to the bills nor payed the penalty. Subsequently, the CBP's Office of Chief Counsel submitted three additional demand letters to the defendant. The defendant did not provide a response or payment as requested in the letters. **Exhibit I, Assistant Chief Counsel Demand Letters and Return Receipts**.

## CIVIL PENALTY FOR VIOLATION OF 19 U.S.C. § 1526

17.     The allegations of paragraphs 1-16 are fully incorporated herein.

18.     Because of the above referenced violation of the Anticounterfeiting Consumer Protection
Act (ACPA) and the resulting civil monetary penalty, the defendant is indebted to the United
States in the amount of $38,786.00.

19.     The United States has made demand upon the defendant for payment, but the defendant
has failed to pay the civil monetary penalty.

20.     Accordingly, the United States is entitled to a judgment against the defendant in the
amount of $38,786.00, plus applicable interest and costs.

        WHEREFORE, the United States requests judgment against the defendant, Edna Santos,
in the amount of $38,786.00, together with applicable interest and costs incurred herein, and any
other relief the Court may deem just and proper.

                        Respectfully Submitted,

                        ROSA E. VÉLEZ-RODRÍGUEZ
                        UNITED STATES ATTORNEY


                        /s Jorge L. Matos
                        Jorge L. Matos
                        Assistant U.S. Attorney
                        Civil Division
                        USDC No. G01307
                        Torre Chardón, Room 1201
                        350 Carlos Chardón Avenue
                        San Juan, PR 00918
                        787-766-5656
                        787-766-6219 (Fax)
                        E-mail: Jorge.L.Matos2@usdoj.gov


6

## Attachment 1: Civil Coversheet

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Jorge L. Matos
U.S. Attorney's Office, 350 Chardon Ave, Suite 1201
Hato Rey, PR 00918 Tel: (787) 766-5656

## DEFENDANTS

Edna Santos

County of Residence of First Listed Defendant   Orocovis, PR
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1  U.S. Government
Plaintiff

☐ 2  U.S. Government
Defendant

☐ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                                    *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | New Drug Application | ☐ 470 Racketeer Influenced and |
| Student Loans | ☐ 340 Marine | Injury Product | | ☐ 840 Trademark | Corrupt Organizations |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | ☐ 895 Freedom of Information |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 899 Administrative Procedure |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | Act/Review or Appeal of |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 10 of Anticounterfeiting Consumer Protection Act, 19 USC Section 1526(f)
Brief description of cause:
Civil action to recover CBP administrative fine that has become final.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
38,876.00

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
01/31/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

# **Attachment 2: Category Sheet**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## **CATEGORY SHEET**

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Matos, Jorge L.

USDC-PR Bar Number:     G01307

Email Address:     Jorge.L.Matos2@usdoj.gov

1.    Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:     United States of America

   Defendant:     Edna Santos

2.    Indicate the category to which this case belongs:

   ☒  Ordinary Civil Case

   ☐  Social Security

   ☐  Banking

   ☐  Injunction

3.    Indicate the title and number of related cases (if any).


4.    Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐  Yes

   ☒  No

5.    Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐  Yes

   ☒  No

6.    Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐  Yes

   ☒  No


Date Submitted:     1/31/19

rev. Dec. 2009

| Print Form | Reset Form |

## **EXHIBIT A:**

中国邮政集团公司 CHINA POST GROUP

全球邮政特快专递

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA175506456CN

收寄局/ORIGIN OFFICE

寄件人/FROM

姓名/NAME

普通国际花地湾揽投站

收寄日期/ POSTING DATE & TIME

2017-9-25 m13:48

收件人/TO

姓名/NAME

QUANGZHOU,广州

市/CITY

电话(很重要)/PHONE (VERY IMPORTANT)

收件局交寄(很重要)/DELIVERY OFFICE (VERY IMPORTANT)

Edna Santos

公司/ COMPANY

公司/ COMPANY

城市/CITY

地址/ ADDRESS

广州市白云区云霄路3号

地址/ ADDRESS

P.O Box 1203 Orocovis PR 00720 USA

电话(很重要)/PHONE (VERY IMPORTANT)

7872523299

CN22

邮政编码/POSTAL-CODE

邮政编码/POSTAL-CODE

00720

海关申报/CUSTOMS DECLARATION

□ 文件资料
DOCUMENT

□ 物品
PARCEL

□ 退回
RETURNED

□ 放弃
ABANDONED

数量/ VOLUME

费用/ CHARGE

体积/ C'm³

X长L X宽W X高H

X宽W

其它费用 / ADDCHARGE

立方厘米 /cm³

费用合计 / TOTAL CHARGE

NAME & DESCRIPTION OF CONTENTS

内容品名及详细说明

件数
NO.PRS

重量
WEIGHT

报关价值
DECLARED VALUE

原产地
ORIGIN

收寄人员签名 / ACCEPTED BY (SIGNATURE)

收件人签名 / RECEIVER'S NAME

例文语

2017-3-27

千克/KG

美元/USD

千克/KG

千克/KG

寄件人签名 / SENDER'S SIGNATURE

年Y 月M 日D 时H 分M

年Y 月M 日D 时H 分M

http://www.ems.com.cn

EA175506456CN

◎寄件人存(副份)/FOR SENDER(COPY)

EA175507805CN

国际（地区）特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

全球邮政特快专递

收件人／TO

Edina santos

P.O Box 1203 Orocovis PR 00720 USA

USA

电话/传真(很重要)/PHONE (VERY IMPORTANT)

78752723322

◎寄件人存（联）/FOR SENDER(COPY)

收寄日期：POSTING DATE & TIME

2017-3-21 14:42

寄件人/FROM

城市/CITY

广州

CN22

□文件资料 □物品
DOCUMENT   PARCEL

□退回
RETURNED
IF SHIPMENT IS UNDELIVERABLE
I AGREE THAT IT SHOULD BE:

□放弃
ABANDORED

名称及内容描述
NAME & DESCRIPTION OF CONTENTS

EA175507805CN

http://www.ems.com.cn

EA175507947CN

国际（地区）特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

全球邮政特快专递

中国邮政集团公司 CHINA POST GROUP

收件人／TO

A. Edwin Santiago

国家（地区）／COUNTRY(REGION)   USA

城市／CITY

公司／COMPANY

地址／ADDRESS   P.O. Box 1203 Queens PR 00720 USA

邮政编码／POSTAL CODE   00720

电话（手机）及／PHONE (VERY IMPORTANT)
7876273322

体积／VOLUME      立方厘米／cm³
长L ____ × 宽W ____ × 高H ____

重量／TOTAL WEIGHT ____ 千克／KG

资费／CHARGE      其它费用／ADD CHARGE      费用总计／TOTAL CHARGE
¥               ¥                        ¥

收寄人员签名／ACCEPTED BY (SIGNATURE)   收件人签名／RECEIVER'S NAME
____年 M月 DB 日                        ____年 M月 DB 日

寄件局／ORIGIN OFFICE
中国际深圳高新区收投站

收寄日期／POSTING DATE & TIME
2017年1月11日 14:31   年Y 月M 日D 时H

寄件人／FROM

城市／CITY   Guangzhou 广州

公司／COMPANY

地址／ADDRESS

邮政编码／POSTAL CODE

电话（手机）及／PHONE (VERY IMPORTANT)

国内邮件处理代码／CUSTOMS CODE

用户编号／CUSTOMS CODE

如因地址不详无法投递，请选择下列处理方式并签字确认
AND I AGREE TO PAY FOR THE CHARGE OF RETURN
□ 退回 RETURNED   □ 放弃 ABANDONED

CN22

内件品名及数量
NAME & DESCRIPTION OF CONTENTS

□ 文件资料 DOCUMENT   □ 物品 PARCEL

重量／KG   WEIGHT   报关价值／DECLARED VALUE

千克／KG   美元／USD   寄件人签字／SENDER'S SIGNATURE

我声明以上各项内容正确无误，所寄物品中未含有违禁品或危险品
I HEREBY DECLARE THAT THE TRUTH OF THE ABOVE DECLARATION AND I GUARANTEE
THE SHIPMENT DOES NOT CONTAIN ANY DANGEROUS AND PROHIBITED GOODS

EA 1 7 5 5 0 7 9 4 7 CN

资费查询网址／http://www.ems.com.cn

移动查询邮件号码：11188
MOBILE MESSAGE FOR TRACKING

寄件人联（副）／FOR SENDER(COPY)

EMS 全球邮政特快专递

国际(地区)特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA175506717CN

寄达局/ORIGIN OFFICE
省国际函件海关相关站

收寄日期/POSTING DATE & TIME
时 H
日 D
月 M

收件人/TO
Edna santos

寄件人/FROM

城市/CITY
电话(移动电话)/PHONE(VERY IMPORTANT)

国家(地区)/COUNTRY(REGION)
USA

公司/COMPANY

城市/CITY

公司/COMPANY

地址/ADDRESS
P.O Box 1308 Orocovis PR 00720 USA

电话(移动电话)/PHONE (VERY IMPORTANT)
7875272322

邮政编码/POSTAL CODE
00720

体积/VOLUME
长 L          x宽 w          x高 H
总重量/TOTAL WEIGHT          千克/KG

立方厘米/cm³

重量/CHARGE          其它费用/ADDCHARGE          费用总计/TOTAL CHARGE
¥                    ¥                        ¥

收寄人员签名/ACCEPTED BY (SIGNATURE)          收件人签名/RECEIVER'S NAME

Y年    M月    D日          Y年    M月    D日

(寄件人存(留)(底)联FOR SENDER(COPY))

http://www.ems.com.cn

CN22
□文件资料 DOCUMENT    □物品 PARCEL
内容品名及数量价值
NAME & DESCRIPTION OF CONTENTS

件数    重量    声明价值
NO.OF PCS   WEIGHT   DECLARED VALUE

千克/KG      美元/USD

寄件人签名/SENDER'S SIGNATURE

IF SHIPMENT IS UNDELIVERABLE    □退回 RETURNED
I AGREE THAT IT SHOULD BE       □废弃 ABANDONED

电话编码/CUSTOMER CODE

收寄局邮政编码/POSTAL CODE

地址/ADDRESS

CHINA POST GROUP

① 收件人存/FOR ADDRESSEE

国际 (地区) 特快专递邮件详情单
INTERNATIONAL (REGIONAL) EXPRESS MAIL WAYBILL

EA123960423CN

收件人/TO  Edna Santos

城市/CITY

国家(地区)/COUNTRY(REGION)  USA

公司/COMPANY

地址/ADDRESS  P.O. Box 1283. ORROVS AR. 00720
USA

邮政编码/POSTAL CODE  AR 00720

电话(非常重要)/PHONE (VERY IMPORTANT)  787502132Z

体积/VOLUME

长/L  X宽/W  X高/H  =  X实/W  =

重量总计/TOTAL WEIGHT  公斤·克/KG

立方厘米/cm³

资费/CHARGE  其它费用/ADD.CHARGE  费用总计/TOTAL CHARGE

收件人签字/ACCEPTED BY (SIGNATURE)  收件人签名/RECEIVER'S NAME

Y年  M月  D日  Y年  M月  D日

Y年  M月  D日

E A 1 2 3 9 6 0 4 2 3 C N

http://www.ems.com.cn  查件电话:11185

收寄局名/ORIGIN OFFICE

寄件人/FROM

城市/CITY

公司/COMPANY

地址/ADDRESS

邮政编码/POSTAL CODE

寄递日期/POSTING DATE & TIME
年Y  月M  日D  时H

电话(非常重要)/PHONE (VERY IMPORTANT)

国家(地区)/COUNTRY(REGION)

用户码/CUSTOMER CODE

如不能投递应付退费
AND I AGREE TO PAY FOR THE CHARGE OF RETURN

□ 退回
RETURNED

□ 放弃
ABANDONED

CN22

□ 文件资料
DOCUMENT

□ 物品
PARCEL

内装物品及详细描述
NAME & DESCRIPTION OF CONTENTS

作名
NOS/PCS

净重
WEIGHT

申报价值
DECLARED VALUE

原产国
ORIGIN

千克/KG  美元/USD

寄件人签字/SENDER'S SIGNATURE

IF SHIPMENT IS UNDELIVERABLE
I AGREE THAT IT SHOULD BE

千克/KG  美元/USD

中国邮政集团公司  CHINA POST GROUP

## EXHIBIT B:

Effective Date: 2/9/2016
CBP Recordation Expiration Date: 2/13/2026
USPTO Registration Expiration Date: 8/13/2025
Gray Market Importations Restricted:  NO

**Trademark**
Customs Recordation Number: TMK 06-00169
U.S. Patent and Trademark Office Registration Number:  1354044

IPR/S internal

| Title | DESIGN ONLY | CBP Provides IPR Protection For The Following: |
|---|---|---|
| Product | IC 018. General Purpose Carryall Bags for Sports Equipment, Trunks and Travelling Bags | |

IC 025. Clothing-Namely, Leisure Shoes, Boots, House Slippers, Sports Shoes, Sports and Leisure Clothing-Namely, Training Suits, Shorts, Sweaters, Pullovers, T-Shirts, Tennis Wear, Ski Wear, Leisure Suits, All Weather Suits, Wind Resistant Jackets, Slickers, Stockings, Soccer Socks, Gloves, Caps, Headbands, Bathing Trunks and Bathing Suits

IC 028. Balls for Sports

| Description | DESIGN OF A LEAPING CAT |
|---|---|
| Disclaimer | N/A |
| Firm | [N/A] |
| Owner Name | PUMA SE |
| Contact Name | PETER MASTROSTEFANO PUMA NORTH AMERICA INC. 10 LYBERTY WAY WESTFORD, Massachusetts 01886 |
| Phone Number | 978-698-1231 |
| Fax | [N/A] |
| Email Address | PETER.MASTROSTEFANO@PUMA.COM |

Countries of manufacture
Argentina, Bangladesh, Brazil, Cambodia, China, El Salvador, Germany, India, Indonesia, Kenya, Mexico, Nicaragua, Pakistan, Paraguay, Philippines, Poland, Romania, Slovakia, South Africa, Swaziland, Taiwan, Thailand, Turkey, Ukraine, Vietnam

Licensee(s)
PUMA AG RUDOLF DASSLER S PORT. PUMA SE; PUMA NORTH AMERICA, INC.

Additional Information

Effective Date: 6/16/2015
CBP Recordation Expiration Date: 1/16/2025
USPTO Registration Expiration Date:
10/16/2024
Gray Market Importations Restricted: NO

## Trademark
Customs Recordation Number: TMK 06-00113
U.S. Patent and Trademark Office Registration Number: 1300627

IPRiS internal

| Title | ADIDAS WORD MARK |
|---|---|
| Product | IC 025. Sportswear-Namely, Suits, Shorts, Pants, Tights, Shirts, Jerseys, Socks, Gloves, Jackets, Coats, Swimwear, Sweaters, Caps, Pullovers, Warm-Up Suits, Boots, Shoes, Slippers. |
| Description | word mark |
| Disclaimer | N/A |
| Firm | ADIDAS INTERNATIONAL INC |
| Owner Name | ADIDAS AG |
| Contact Name | Nicole Hyatt 5055 N. Greeley Avenue Mail Stop A-3-12B Portland, Oregon 97217 USA |
| Phone Number | (971) 234-2797 |
| Fax | [N/A] |
| Email Address | Nicole.Hyatt@adidas-Group.com |

CBP Provides IPR Protection For The Following:



Countries of manufacture
United States, Argentina, Australia, Austria, Bangladesh, Belgium, Bosnia and Herzegovina, Brazil, Bulgaria, Cambodia, Canada, Chile, China, Colombia, Costa Rica, Czech Republic, Denmark, Dominican Republic, Egypt, El Salvador, France, Georgia, Germany, Greece, Guatemala, Haiti, Honduras, Hong Kong, Hungary, India, Indonesia, Ireland, Israel, Italy, Japan, Jordan, Kenya, South Korea, Laos, Lesotho, Macedonia, Madagascar, Malaysia, Mauritius, Mexico, Monaco, Netherlands, New Zealand, Nicaragua, Pakistan, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Singapore, Slovakia, Slovenia, South Africa, Spain, Sri Lanka, Sweden, Switzerland, Taiwan, Thailand, Tunisia, Turkey, Ukraine, United Kingdom, Vietnam

Licensee(s)
Subsidiary: adidas America, Sports Licensed Division of the adidas Group
Licensee: Agron, Coty, Dick's Sporting Goods, Fossil, LT Apparel,

Monster, Outer Circle, Outer Stuff (expires 2016), Ruffneck Wear, Inc., Saranac, Sennheiser, Silhouette, Strax Americas, Team Edition, Unisport, Accessory Brands, Streetwear Consultants

**Additional Information**
the adidas security label featured in the handout that is posted on the US CBP database should be featured on all products. There are only three applications - sewn-in (on apparel), heat applied (footwear) and sticker (accessories). There are times that the sticker is applied to a hang-tag of apparel as well. Please call or email for any additional questions or authentication requests. Jeni Zuercher: Jeni.Zuercher@adidas-Group.com 971-234-4021

*Effective Date:* 5/3/2013
*CBP Recordation Expiration Date:* 6/9/2023
*USPTO Registration Expiration Date:* 3/9/2023
*Gray Market Importations Restricted:* **NO**

# Trademark

**Customs Recordation Number: TMK 03-00439**     IPRIS internal

**U.S. Patent and Trademark Office Registration Number: 1756717**

| | | |
|---|---|---|
| **Title** | AX ARMANI EXCHANGE | **CBP Provides IPR Protection For The Following:** |
| **Product** | IC 018. handbags, wallets, name card business cases, shoulder bags, [fanny packs,] backpacks [, trunks for travel, umbrellas and walking sticks]<br><br>IC 025. work clothing; namely, overalls [ and coveralls and] clothing; namely, trousers; skirts, coats, overcoats, raincoats, jumpers, jackets, jeans, shorts, short jackets, shirts, sweaters, cardigan jackets, blouses, sport shirts, polo shirts, [underwear, track suits,] swimming suits, sweat shirts, sweat pants, pullovers, gloves, hosiery, neckties, hats[ and], caps and [ shoes], sandals,[ boots and slippers. | <br>1.<br><br>**Countries of manufacture**<br>HK MO MY CN TW TH IN PE PT BR MX GR IT CA AND USA.<br><br>**Licensee(s)**<br>N/A<br><br>SECONDARY POINT OF CONTACT: BECKI LEE at BECKI@SLADLAW.COM<br><br>**Additional Information** |
| **Description** | WORD MARK, AX ARMANI EXCHANGE | |
| **Disclaimer** | N/A | |
| **Firm** | AMSTER, ROTHSTEIN & EBENSTEIN LLP | |
| **Owner Name** | GIORGIO ARMANI S.P..A. | |
| **Contact Name** | ANTHONY F. LO CICERO, ESQ. 90 PARK AVENUE NEW YORK, NY 10016 USA | |
| **Phone Number** | (212) 336-8000 | |
| **Fax** | 212-336-8001 | |
| **Email Address** | ALOCICERO@ARELAW.COM | |

 

**Effective Date:** 10/25/2011
**CBP Recordation Expiration Date:**
**12/8/2021**
**USPTO Registration Expiration Date:**
**9/8/2021**
**Gray Market Importations**
**Restricted: NO**

## Trademark
**Customs Recordation Number: TMK 04-00246**       IPRIS Internal
**U.S. Patent and Trademark Office Registration Number:**
**1168477**

| Title | GUCCI | CBP Provides IPR Protection For The Following: | |
|---|---|---|---|
| Product | IC 025. Neckties; Scarves; Belts; Footwear; Shirts; Sweaters; Coats; Suits; Dressing Gowns; Hats; Socks; Dresses and Bathing Suits. | | |
| Description | WORD MARK;GUCCI | **Countries of manufacture** IT | |
| Disclaimer | N/A | | |
| Firm | GUCCI AMERICA, INC. | **Licensee(s)** | |
| Owner Name | GUCCI AMERICA, INC. | SAFILO S.P.A.; ERMENEGILDO ZEGNA HOLDITALIA; SAFILO JAPAN CO. LTD. PROCTER AND GAMBLE INTERNATIONAL OPERATIONS S.A. | |
| Contact Name | JESSICA HAUGEN LEGAL DEPARTMENT 195 BROADWAY, 12TH FLOOR NEW YORK, New York 10007 USA | | |
| Phone Number | (212) 379-8539 | | |
| Fax | 212-379-8696 | **Additional Information** | |
| Email Address | JESSICA.HAUGEN@US.GUCCI.COM | | |

Intellectual Property Rights ( ') search - cbp.gov

Page 1 of 2



DHS.gov

 Keyword 03-00467 

HELP | ABOUT | PRINT |
PRODUCT ID MANUALS |
SERVICE REQUESTS

Search [ ALL ] [ Title ] [ Product ] [ Description ] [ Owner ] [ Contact Name ] [ Firm Name ] [ Recordation No. ] [ Agency Registration No. ]

Filter [ Show All ] [ Trademarks ] [ Copyrights ] [ Tradenames ] [ Exclusion Orders ] [ Exclude Expired ] [ Include Expired ]

Effective Date: 2/28/2011
CBP Recordation Expiration Date: 5/6/2021
USPTO Registration Expiration Date: 2/6/2021
Gray Market Importations Restricted: NO

## Trademark
Customs Recordation Number: TMK 03-00467
U.S. Patent and Trademark Office Registration Number:  2426052

| | |
|---|---|
| Title | VERSACE JEANS COUTURE |
| Product | IC 018. ATHLETIC BAGS, ATTACHE CASES, BABY BACKPACKS, BAGS FOR ALL PURPOSES, NAMELY; FOR ALL SPORT PURPOSE, BEACH BAGS, BOOK BAGS, CARRY-ON BAGS, GYM BAGS, HANDBAGS, LEATHER SHOPPING BAGS, OVERNIGHT BAGS, SCHOOL BAGS, TEXTILE SHOPPING BAGS, TOTE BAGS, SHOULDER BAGS, TRAVEL BAGS, SUITCASES, BEACH UMBRELLAS, HAT BOXES FOR TRAVEL, BRIEFCASES-TYPE PORTFOLIOS, BRIEFCASES, BUSINESS CARD CASES, CALLING CARD CASES, CANE HANDLES, CREDIT CARD CASES, PURSES, COSMETIC CASES, DOCUMENT CASES, GARMENT BAGS FOR TRAVEL, KEY CASES, PARASOLS, SADDLERY, SHOES BAGS FOR TRAVEL, UMBRELLAS, WALLETS, WALKING STICKS, WHIPS |

CBP Provides IPR Protection For The Following:

Countries of manufacture
IT

Licensee(s)
FOR A LIST OF AUTHORIZED MANUFACTURERS OF THE TRADEMARK THE IPR BRANCH

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "JEANS COUTURE", APART FROM THE MARK AS SHOWN

Additional Information

IC 025. AFTER SKI BOOTS, ASCOTS, ATHLETIC FOOTWEAR, ATHLETIC SHOES, ATHLETIC UNIFORMS, HEAD BANDS, NECK BANDS, SWEAT BANDS, WRIST BANDS, BATHING SUITS, BATHROBES, BEACHWEAR, BED JACKETS, BELTS, BERETS, BERMUDA SHORTS, BIKINIS, BLOUSES, BLOUSONS, BODY SUITS, BOOTS, BOW TIES, BOXER SHORTS, BRASSIERES, UNDERWEAR BRIEFS, BUSTIERS, CAMISOLES, CLOTHING CAPS, CARDIGANS, CHEMISES, COATS, FUR COATS, FUR JACKETS, FUR STOLES, LEATHER COATS, OVER COATS, RAIN COATS, SUIT COATS, CORSETS, CRAVATS, CULOTTES, DRESSES, EVENING GOWNS, NIGHT GOWNS, EAR MUFFS, ESPADRILLES, FOOTWEAR, GLOVES, HATS, HEAD WEAR, INFANTWEAR, JEANS, JOGGING SUITS, KILTS, LINGERIE, CLOTHING MANTLES, MOCCASINS, NECKERCHIEFS, NIGHT SHIRTS, PAJAMAS, PANTS, PANTYHOSE, PAREU, PARKAS, POLOSHIRTS, PULLOVERS, SANDALS, SHOES, SHORTS, SKI WEAR, SLIPPERS, SLIPS, SOCKS, STOCKING

| | |
|---|---|
| Description | WORD MARK, VERSACE JEANS COUTURE; |
| Disclaimer | N/A |
| Firm | THE SLADKUS LAW GROUP / REPRESENTATIVE |
| Owner Name | GIANNI VERSACE S.P.A. |
| Contact | JEFFREY B. SLADKUS, ESQ. |

Intellectual Property Rights ( ) search - cbp.gov

| Name | 1827 POWERS FERRY ROAD BUILDING 6, SUITE 200 ATLANTA, GA 30339 USA |
| Phone Number | (678) 402-6154 |
| Fax | 404-252-0970 |
| Email Address | jeff@sladlaw.com |

.Intellectual Property Rights (. ) search - cbp.gov                    Page 1 of 1



 Keyword tmk 97-00015 

HELP | ABOUT | PRINT |
PRODUCT ID MANUALS |
SERVICE REQUESTS

Search   ALL | Title | Product | Description | Owner | Contact Name | Firm Name | Recordation No. | Agency Registration No.

Filter   Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders | Exclude Expired | Include Expired

Effective Date: 8/16/2016
CBP Recordation Expiration Date: 12/17/2026
USPTO Registration Expiration Date:
9/17/2026
Gray Market Importations Restricted:  NO

## Trademark
Customs Recordation Number: TMK 97-00015           ◄ BACK ►
U.S. Patent and Trademark Office Registration Number:  2000616

| | | | |
|---|---|---|---|
| Title | CALVIN KLEIN | | CBP Provides IPR Protection For The Following: |
| Product | IC 042  retail store services featuring personal care products, cosmetics and fragrances; furniture and carpeting, household furnishings and linens, housewares; sunglasses, jewelry, watches and clocks, stationery; luggage and leather accessories; fabrics; clothing and shoes. | |  1.   2.   3.   4.    5. |
| Description | Word Mark, Service Mark CALVIN KLEIN | | |
| Disclaimer | N/A | | Countries of manufacture China, India, Vietnam |
| Firm | [N/A] | | |
| Owner Name | Calvin Klein Trademark Trust | | |
| Contact Name | DAWN BUONOCORE-ATLAS 205 WEST 39TH STREET NEW YORK, New York 10018 | | Licensee(s) Please see attached |
| Phone Number | 212-292-9678 | | |
| Fax | [N/A] | | TYPED DRAWING |
| Email Address | dawnbuonocore@ck.com | | Additional Information |

Page 1 of 1

**Effective Date: 5/21/2010**
**CBP Recordation Expiration Date:**
**5/28/2020**
**USPTO Registration Expiration Date:**
**2/28/2020**
**Gray Market Importations**
**Restricted: NO**

# Trademark

**Customs Recordation Number: TMK 07-01247**          IPRIS Internal
**U.S. Patent and Trademark Office Registration Number:**
**2323330**

| | | |
|---|---|---|
| **Title** | DESIGN ONLY (BEAR DESIGN) | **CBP Provides IPR Protection For The Following:** |
| **Product** | IC 014. PRECIOUS METALS AND THEIR ALLOYS AND OBJECTS MADE OR PLATED WITH PRECIOUS METALS, NAMELY, RINGS BEING JEWELRY, MEDALLIONS, BROOCHES, NECKLACES, SHORT NECKLACES, JEWELRY BRACELETS, FIGURINES, STATUETTES, HAT PINS, ORNAMENTAL LAPEL PINS, JEWELRY LAPEL PINS, TIE PINS, CUFF-LINKS, JEWELRY, COSTUME JEWELRY, PRECIOUS GEMSTONES, WATCHES AND CLOCKS. | 1. <br><br>**Countries of manufacture** <br>China, Germany, Hong Kong, India, Italy, Spain, Turkey <br><br>**Licensee(s)** <br>TOUS USA, INC. - subsidiary TOUS MIAMI, LLC - subsidiary JOYERIA TOUS, S.A. - subsidiary |
| **Description** | BEAR DESIGN | |
| **Disclaimer** | N/A | |
| **Firm** | COZEN O'CONNOR / REPRESENTATIVE | **DESIGN ONLY** |
| **Owner Name** | S. TOUS, S.L. | **Additional Information** |
| **Contact Name** | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | |
| **Phone Number** | 212883-490 | |
| **Fax** | 212-986-0604 | |
| **Email Address** | dsunshine@cozen.com | |

| | |
|---|---|
| | GOWNS, NIGHT GOWNS, EAR MUFFS, ESPADRILLES, FOOTWEAR, GLOVES, HATS, HEAD WEAR, INFANTWEAR, JEANS, JOGGING SUITS, KILTS, LINGERIE, CLOTHING MANTLES, MOCCASINS, NECKERCHIEFS, NIGHT SHIRTS, PAJAMAS, PANTS, PANTYHOSE, PAREU, PARKAS, POLOSHIRTS, PULLOVERS, SANDALS, SHOES, SHORTS, SKI WEAR, SLIPPERS, SLIPS, SOCKS, STOCKING |
| Description | WORD MARK, VERSACE JEANS COUTURE; |
| Disclaimer | N/A |
| Firm | THE SLADKUS LAW GROUP / REPRESENTATIVE |
| Owner Name | GIANNI VERSACE S.P.A. |
| Contact Name | JEFFREY B. SLADKUS, ESQ. 1827 POWERS FERRY ROAD BUILDING 6, SUITE 200 ATLANTA, GA 30339 USA |
| Phone Number | (678) 402-6154 |
| Fax | 404-252-0970 |
| Email Address | jeff@sladlaw.com |

Page 1 of 2

Effective Date: 6/16/2015
CBP Recordation Expiration Date: 1/16/2025
USPTO Registration Expiration Date: 10/16/2024
Gray Market Importations Restricted: NO

**Trademark**
Customs Recordation Number: TMK 06-00113
U.S. Patent and Trademark Office Registration Number: 1300627

IPRIS internal

CBP Provides IPR Protection For The Following:

| | |
|---|---|
| Title | ADIDAS WORD MARK |
| Product | IC 025. Sportswear- Namely, Suits, Shorts, Pants, Tights, Shirts, Jerseys, Socks, Gloves, Jackets, Coats, Swimwear, Sweaters, Caps, Pullovers, Warm-Up Suits, Boots, Shoes, Slippers. |
| Description | word mark |
| Disclaimer | N/A |
| Firm | ADIDAS INTERNATIONAL INC |
| Owner Name | ADIDAS AG |
| Contact Name | Nicole Hyatt 5055 N. Greeley Avenue Mail Stop A-3-12B Portland, Oregon 97217 USA |
| Phone Number | (971) 234-2797 |
| Fax | [N/A] |
| Email Address | Nicole.Hyatt@adidas-Group.com |



**Countries of manufacture**
United States, Argentina, Australia, Austria, Bangladesh, Belgium, Bosnia and Herzegovina, Brazil, Bulgaria, Cambodia, Canada, Chile, China, Colombia, Costa Rica, Czech Republic, Denmark, Dominican Republic, Egypt, El Salvador, France, Georgia, Germany, Greece, Guatemala, Haiti, Honduras, Hong Kong, Hungary, India, Indonesia, Ireland, Israel, Italy, Japan, Jordan, Kenya, South Korea, Laos, Lesotho, Macedonia, Madagascar, Malaysia, Mauritius, Mexico, Monaco, Netherlands, New Zealand, Nicaragua, Pakistan, Paraguay, Peru, Philippines, Poland, Portugal, Romania, Russia, Singapore, Slovakia, Slovenia, South Africa, Spain, Sri Lanka, Sweden, Switzerland, Taiwan, Thailand, Tunisia, Turkey, Ukraine, United Kingdom, Vietnam

**Licensee(s)**
Subsidiary: adidas America, Sports Licensed Division of the adidas Group
Licensee: Agron, Coty, Dick's Sporting Goods, Fossil, LT Apparel,

Monster, Outer Circle,
Outer Stuff (expires
2016), Ruffneck Wear,
Inc., Saranac,
Sennheiser, Silhouette,
Strax Americas, Team
Edition, Unisport,
Accessory Brands,
Streetwear Consultants

**Additional Information**
the adidas security
label featured in the
handout that is posted
on the US CBP
database should be
featured on all
products. There are
only three applications
- sewn-in (on apparel),
heat applied (footwear)
and sticker
(accessories). There
are times that the
sticker is applied to a
hang-tag of apparel as
well. Please call or
email for any additional
questions or
authentication
requests. Jeni
Zuercher:
Jeni.Zuercher@adidas-
Group.com
971-234-4021

**EXHIBIT C:**





























OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

```
              <APPROVED>  SEACATS - INCIDENT REPORT <APPROVED>      PAGE   1
                                                                   TIN00208


INCIDENT  NBR: 2017SZ006812501          FP&F CASE NBR: 2017491310109601
VIOLATOR NAME:
TOPIC: OPERATION "APRIL SHOWER"/SJU-TET

            DATE    TIME          DATE    TIME             DATE    TIME
SEARCH:          /        ARREST:        /        SEIZURE: 04202017/1530
=====================================================================
VIOLATOR DATA


LAST NAME: SANTOS
FIRST NAME: EDNA             MIDDLE NAME:
CITIZENSHIP:     DOB:
STREET ADDRESS: PO BOX 1203                     APT/SUITE:
CITY: OROCOVIS             STATE: PR   CNTRY: US   ZIP: 00720
VIOLATOR TRAVEL CATEGORY:         VIOLATOR STATUS AT ARREST:
LOCAL USE:


=====================================================================
SUMMARY DATA


OI OFFICE CODE:     CASE #:
PROJECT CODES: TET SJU TRADE ENFORCEMENT TEAM
              MIT MOBILE INTELLECTUAL PROPERTY ENFORCEMENT TEAM
PRIOR INFO:  NONE X DEA   CUSTOMS   TECS   NCIC   OTHER


                       NAME-TITLE-AGENCY
DECLARATION TAKEN BY:
ARRESTING OFFICER:
SEIZING OFFICER:     TET
SUPERVISOR:          DAVILA/M-SUPVY CBP OFFCR-C
PORT DIRECTOR:       EDWIN CRUZ


TYPE OF INCIDENT: C  COMMERCIAL/NON-NARCOTIC      DISCOVERY DATE: 04202017
=====================================================================
LAW CHARGED          LAW CHARGED          LAW CHARGED
19USC1526(E)
=====================================================================
AGENCY PARTICIPATION


DISCOVERING:         CSI
SEIZING:             CSI
=====================================================================
CONVEYANCE DATA


CONVEYANCE TYPE: Z EXPRESS CONSIGNMENT
ITINERARY: DATE 04042017  TIME    FROM CN CHINA (MAINLAND)
                            VIA
INBOUND/OUTBOUND: I      MAIL SEARCHED:
MAIL DETENTION NUMBER:              APO/FPO NUMBER:
AIR OR SURFACE: A                   TYPE OF PACKAGE: O  OTHER
           OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY
```

O400

2017 APR 25  P 3: 15

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

&lt;APPROVED&gt;  SEACATS - INCIDENT REPORT &lt;APPROVED&gt;      PAGE  2
                                                        TIN00208

INCIDENT NBR: 2017SZ006812501          FP&F CASE NBR: 2017491310109601
VIOLATOR NAME:
TOPIC: OPERATION "APRIL SHOWER"/SJU-TET


SENDER - BUSINESS NAME: UNKNOWN
        STREET:                          APT/SUITE:
        CITY:                 STATE:  CNTRY: CN ZIP:

ADDRESSEE - PERSON NAME: SANTOS
        FIRST NAME: EDNA          MIDDLE NAME:
        STREET: PO BOX 1203              APT/SUITE:
        CITY: OROCOVIS           STATE: PR CNTRY: US ZIP: 00720
==========================================================================
SEIZURE DATA

REASON FOR EXAM:           TYPE OF EXAM:
SEIZURE REFERRED TO OI:    FILER CODE:
MANUFACTURER NAME/NBR:
SHIPPER NAME/NBR:
ABANDONED:    BLITZ:    DOG ALERT:    XRAY:
ENFORCEMENT AID USED:
ENTRY NUMBER:            ENTRY TYPE:
APPRAISING OFFICER: GARY S CHAFFEE
MITIGATING OFFICER:
ON SITE MITIGATION:
 CITATION ASSOCIATED WITH PENALTY:
PENALTY: PENALTY ASSESSED        .00    MITIGATED AMT .       .00
 AMT CLCTD      .00 DATE       RECEIPT#        PRMSRY AMT
PLACE OF DISCOVERY:           LOC: SAN JUAN INTL ARPT
PLACE OF SEIZURE:             LOC: SAN JUAN INTL ARPT


 1 DESC OF SEIZED ITEM: PUMA CAPS
   COMM/CD: 6504009045    QTY:      14.00 UM: EA  WT DET:  ' FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
   DEC VAL:      0     FOR VAL:           DOM VAL:       36
   DUTY:       0.00     LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:       ENTERED TARIFF #: 6504009045
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


 2 DESC OF SEIZED ITEM: ADIDAS CAPS
   COMM/CD: 6504009045    QTY:      20.00 UM: EA  WT DET:   FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
   DEC VAL:      0     FOR VAL:           DOM VAL:       44
   DUTY:    ' 0.00     LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:       ENTERED TARIFF #: 6504009045
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

&lt;APPROVED&gt;  SEACATS - INCIDENT REPORT &lt;APPROVED&gt;      PAGE   3
                                                        TIN00208

INCIDENT  NBR: 2017SZ006812501          FP&P CASE NBR: 2017491310109601
VIOLATOR NAME:
TOPIC: OPERATION "APRIL SHOWER"/SJU-TET


3 DESC OF SEIZED ITEM: ARMANI EXCHANGE CAPS
   COMM/CD: 6504009045   QTY:      24.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN   COUNTRY OF DESTINATION: PR
   DEC VAL:      0    FOR VAL:              DOM VAL:      79
   DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 6504009045
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


4 DESC OF SEIZED ITEM: GUCCI CAPS
   COMM/CD: 6504009045   QTY:       3.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN   COUNTRY OF DESTINATION: PR
   DEC VAL:      0    FOR VAL:              DOM VAL:     100
   DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 6504009045
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


5 DESC OF SEIZED ITEM: VERSACE CAPS
   COMM/CD: 6504009045   QTY:       2.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN   COUNTRY OF DESTINATION: PR
   DEC VAL:      0    FOR VAL:              DOM VAL:      67
   DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 6504009045
   T.E.S. CODE: 830 .INV LIST: N  CONCEAL COMM/CDE:


6 DESC OF SEIZED ITEM: CALVIN KLEIN METAL EMBLEMS
   COMM/CD: 98040040    QTY:     190.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN   COUNTRY OF DESTINATION: PR
   DEC VAL:      0    FOR VAL:              DOM VAL:      38
   DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 98040040
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


7 DESC OF SEIZED ITEM: CALVIN KLEIN KEYCHAIN
   COMM/CD: 98040040    QTY:     111.00 UM: EA  WT DET:    FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN   COUNTRY OF DESTINATION: PR
   DEC VAL:      0    FOR VAL:              DOM VAL:      22
   DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:      ENTERED TARIFF #: 98040040
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED> SEACATS - INCIDENT REPORT <APPROVED>     PAGE   4
                                                    TIN00208

INCIDENT NBR: 2017SZ006812501          FP&F CASE NBR: 2017491310109601
VIOLATOR NAME:
TOPIC: OPERATION "APRIL SHOWER"/SJU-TET


8 DESC OF SEIZED ITEM: TOUS PENDANTS
    COMM/CD: 711319500    QTY:        19.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN: CN  COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
    DEC VAL:      0    FOR VAL:                 DOM VAL:      188
    DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
    CONCEAL: Z SEC:        ENTERED TARIFF #: 711319500
    T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDB:


9 DESC OF SEIZED ITEM: TOUS EARRINGS
    COMM/CD: 7113195    QTY:        19.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN: CN  COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
    DEC VAL:      0    FOR VAL:                 DOM VAL:      188
    DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
    CONCEAL: Z SEC:        ENTERED TARIFF #: 7113195
    T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDB:


10 DESC OF SEIZED ITEM: TOUS METAL EMBLEM
    COMM/CD: 98040040    QTY:        16.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN: CN  COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
    DEC VAL:      0    FOR VAL:                 DOM VAL:        3
    DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
    CONCEAL: Z SEC:        ENTERED TARIFF #: 98040040
    T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDB:


11 DESC OF SEIZED ITEM: ADIDAS METAL EMBLEMS
    COMM/CD: 7326908    QTY:        32.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN: CN  COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
    DEC VAL:      0    FOR VAL:                 DOM VAL:        6
    DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
    CONCEAL: Z SEC:        ENTERED TARIFF #: 7326908
    T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:


12 DESC OF SEIZED ITEM: GUCCI WATCHES
    COMM/CD: 91021195    QTY:        32.00 UM: EA  WT DET:    FDIN:
    COUNTRY OF ORIGIN: CN  COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
    DEC VAL:      0    FOR VAL:                 DOM VAL:     2528
    DUTY:      0.00    LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
    CONCEAL: Z SEC:        ENTERED TARIFF #: 91021195
    T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDB:


OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

<APPROVED> SEACATS - INCIDENT REPORT <APPROVED>     PAGE  5
                                                    TIN00208

INCIDENT  NBR: 2017SZ006812501          FP&F CASE NBR: 2017491310109601
VIOLATOR NAME:
TOPIC: OPERATION "APRIL SHOWER"/SJU-TET

13 DESC OF SEIZED ITEM: TOUS WATCHES
   COMM/CD: 91021195      QTY:      35.00 UM: EA  WT DET:   FDIN:
   COUNTRY OF ORIGIN: CN   COUNTRY OF EXPORT: CN  COUNTRY OF DESTINATION: PR
   DEC VAL:     0         FOR VAL:           DOM VAL:      577
   DUTY:      0.00        LEGAL STAT: SZ PHYS STAT: HE CUST: CSI
   CONCEAL: Z SEC:        ENTERED TARIFF #: 91021195
   T.E.S. CODE: 830  INV LIST: N  CONCEAL COMM/CDE:

TOTALS:       DECLARED VALUE:      0    FOREIGN VALUE:          0
              DOMESTIC VALUE:    3876    DUTY:              0.00
==================================================================
CIRCUMSTANCES/REMARKS:
On April 05, 2017 during Operation "April Shower", USPS shipments at GPO
Facility CBPO/Trade Enforcement Team inspected and detained parcel packages
with AIRWAYBILL/TRACKING NUMBER EA175506717CN, EA175507947CN, EA123960423CN and
EA175507805CN. Packages were detained under the suspicion of counterfeit
merchandise and were TOT to the Air Cargo Office. Upon further inspection
CBPO/TET discovered that the packages contained: LI 001 PUMA CAPS (14 EA) (TMK
06-00169) (PTO #1354044) LI 002 ADIDAS CAPS (20 EA) (TMK 06-00113) (PTO
#1300627) LI 003 ARMANI EXCHANGECAPS (24 EA) (TMK 03-00439) (PTO # 1756717) LI
004 GUCCI CAPS (03 EA) (TMK 04-00246) (PTO #1168477) LI005 VERSACE CAPS (02 EA)
(TMK 03-00467) (PTO #2426052) LI006 CALVIN KLEIN METAL EMBLEM (190 EA) (TMK
97-00015) (PTO #2000616) LI007 CALVIN KLEIN KEYCHAIN (111 EA) (TMK 97-00015)
(PTO #2000616) LI 008 TOUS PENDANTS (19 EA) (TMK 07-01247) (PTO #2323330) LI
009 TOUS EARRINGS (19 EA) (TMK 07-01247) (PTO #2323330) LI010 TOUS METAL EMBLEM
(16 EA) ) (TMK 07-01247) (PTO #2323330) LI011 ADIDAS METAL EMBLEM (32 EA) (TMK
06-00113) (PTO #1300627) LI012 GUCCI WATCHES (32 EA) (TMK 04-00246) (PTO

#1168477) LI 013 TOUS WATCHES (35 EA) (TMK 07-01247) (PTO #2323330) .
Merchandise weretptp deemed counterfeit due to low quality of the products,
packaging and delivery method not common for original merchandise. On April 20,
2017 HSI/ICE Supervisor Carmen Morales was notified and instructed to handle
the case administrative. SCBPO-Mabel Davila was advised and approved the
seizure. Merchandise seized under CBP Form 6051S #7373810 used to document
chain of custody of seized merchandise.

Appraisal provided by the Import Specialists Team.

==================================================================

OFFICIAL USE ONLY -- SEACATS INFORMATION -- OFFICIAL USE ONLY

## EXHIBIT D:

TeT #754

## Import Specialist Appraisal

Requestor: 175506717CN, 175502947CN, 175507805CN, 123950423CN,
Entry No. 175506456CN
Detention Date: 4/11/2017
Seizure Date: 4/18/2017
Operation: April Showers

Violator : Edna Santo
6051D No. 1994718
FP&F No.

| 6051D Line No. | Merchandise Description | Qty | HTS | Rate | Dutiable/ Foreign Value (TOTALS ONLY) | MSRP (if applicable) (TOTALS ONLY) | Domestic Value (TOTALS ONLY) | Duty (TOTALS ONLY) | Recordation Number | PTO # |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | Puma Caps | 14 | 6504.00.9045 | 6.80% | $ 57.91 | $ 364.00 | $ 127.40 | $ 3.94 | 06-00169 | 1354044 |
| 002 | Adidas Caps | 20 | 6504.00.9045 | 6.80% | $ 70.00 | $ 440.00 | $ 154.00 | $ 4.76 | 06-00113 | 1300827 |
| 003 | Armani Exchange Caps | 24 | 6504.00.9045 | 6.80% | $ 126.00 | $ 792.00 | $ 277.20 | $ 8.57 | 03-00439 | 1756717 |
| 004 | Gucci Caps | 3 | 6504.00.9045 | 6.80% | $ 159.89 | $ 1,005.00 | $ 351.75 | $ 10.87 | 04-00246 | 1168477 |
| 005 | Versace Caps | 2 | 6504.00.9045 | 6.80% | $ 106.59 | $ 670.00 | $ 234.50 | $ 7.25 | 03-00457 | 2426052 |
| 006 | Calvin Klein Metal Emblems | 190 | 7326.90.8688 | 2.90% | $ 60.45 | $ 380.00 | $ 133.00 | $ 1.75 | 97-00015 | 2000816 |
| 007 | Calvin Klein Keychain | 111 | 7326.90.8688 | 2.90% | $ 35.32 | $ 222.00 | $ 77.70 | $ 1.02 | 97-00015 | 2000816 |
| 008 | Tous Pendants | 19 | 7113.19.5085 | 5.50% | $ 299.25 | $ 1,881.00 | $ 658.35 | $ 16.46 | 07-01247 | 2323330 |
| 009 | Tous Earrings | 19 | 7113.19.5085 | 5.50% | $ 299.25 | $ 1,881.00 | $ 658.35 | $ 16.46 | 07-01247 | 2323330 |
| 010 | Tous Metal Emblems | 16 | 7326.90.8688 | 2.90% | $ 5.09 | $ 32.00 | $ 11.20 | $ 0.15 | 07-01247 | 2323330 |
| 011 | Adidas Metal Emblems | 32 | 7326.90.8688 | 2.90% | $ 10.18 | $ 64.00 | $ 22.40 | $ 0.30 | 06-00113 | 1300827 |
| 012 | Gucci Watches | 32 | 9102.11.95 | 8.50% | $4,021.82 | $ 25,280.00 | $ 8,848.00 | $ 341.85 | 04-00246 | 1168477 |
| 013 | Tous Watches | 35 | 9102.11.95 | 8.50% | $ 918.75 | $ 5,775.00 | $ 2,021.25 | $ 78.09 | 07-01247 | 2323330 |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | | | | | $ - | $ - | $ - | $ - | | |
| | Total pieces: | 517 | | | $6,170.50 | $ 38,786.00 | $13,575.10 | $ 491.47 | | |

***APPRAISED WITH LIMITED INFORMATION*** MSRP according to IPR holder/in accordance with CBP Directive 5240-001A

Appraised by Import Specialist. Gary S. Chaffee Date: 4/18/2017

Page 1 of 1

## EXHIBIT E:

48 Carr 165 Ste 3000, City View Plaza II
Guaynabo, PR 00968-8071



**U.S. Customs and
Border Protection**

ENF-4-FO:SJ:AP:FP: PH

JUN 1 3 2017

Certified Mail
7015 1520 0002 0170 3325

Edna Santos
P.O. Box 1203
Orocovis, PR 00720

Re: Case Number 2017-4913-101096-01

Dear Ms. Santos:

This is to officially notify you that U.S. Customs and Border Protection (CBP) seized the
property described below at Carolina, Puerto Rico on April 20, 2017:

- See attached table

The appraised domestic value of the property is $13,575.10.

The property was seized and is subject to forfeiture under the provisions of Title 19, <u>United
States Code</u> (U.S.C), Section (§) 1526(e) (19 U.S.C. § 1526(e)), which prohibits the importation
of merchandise bearing a counterfeit trademark that is both registered with the Patent and
Trademark Office (PTO) and recorded with CBP. The property contains markings which are
substantially indistinguishable from and, therefore, bear a counterfeit design/word/mark as
indicated below. CBP Regulations provide that any article imported into the United States
bearing a counterfeit trademark shall be seized and, in the absence of the written consent of the
trademark owner, forfeited for violation of the Customs laws. Listed below is a description of
the seized property, a description of the trademark and the name and address of the trademark
owner.

Description of Property: Puma caps
Domestic Value: $127.40
Description of Trademark: Design of a leaping cat
Customs and Border Protection Recordation Number: TMK 06-00169
U. S. Patent & Trademark Office Registration Number: 1354044
Trademark Representative Name: Peter Mastrostefano
Trademark Representative Address: 10 Lyberty Way Westford, MA 01886

Description of Property: Adidas caps & Adidas metal emblems
Domestic Value: $176.40
Description of Trademark: Word mark
Customs and Border Protection Recordation Number: TMK 06-00113
U. S. Patent & Trademark Office Registration Number: 1300627
Trademark Representative Name: Nicole Hyatt
Trademark Representative Address: 5055 N. Greeley Ave. MS A-3-12B Portland, OR 97217

Description of Property: Armani Exchange caps
Domestic Value: $277.20
Description of Trademark: Word mark, AX Armani Exchange
Customs and Border Protection Recordation Number: TMK 03-00439
U. S. Patent & Trademark Office Registration Number: 1756717
Trademark Representative Name: Anthony F. Lo Cicero, Esq.
Trademark Representative Address: 90 Park Avenue New York, NY 10016

Description of Property: Gucci caps/Gucci watches
Domestic Value: $9,199.75
Description of Trademark: Word mark, Gucci
Customs and Border Protection Recordation Number: TMK 04-00246
U. S. Patent & Trademark Office Registration Number: 1168477
Trademark Representative Name: Jessica Haugen
Trademark Representative Address: 195 Broadway, 12th Floor New York, NY 10007

Description of Property: Versace caps
Domestic Value: $234.50
Description of Trademark: Word mark, Versace Jeans Couture
Customs and Border Protection Recordation Number: TMK 03-00467
U. S. Patent & Trademark Office Registration Number: 2426052
Trademark Representative Name: Jeffrey B. Sladkus, Esq.
Trademark Representative Address: 1827 Powers Ferry Rd. Blg. 6, Ste. 200 Atlanta, GA 30339

Description of Property: Calvin Klein metal emblem/Calvin Klein keychains
Domestic Value: $210.70
Description of Trademark: Word mark, service mark Calvin Klein
Customs and Border Protection Recordation Number: TMK 97-00015
U. S. Patent & Trademark Office Registration Number: 2000616
Trademark Representative Name: Dawn Buonocore-Atlas
Trademark Representative Address: 205 West 39th Street New York, NY 10018

Description of Property: Tous pendants/Tous earrings/Tous metal emblems/Tous watches
Domestic Value: $3,349.15
Description of Trademark: Bear design
Customs and Border Protection Recordation Number: TMK 07-01247
U. S. Patent & Trademark Office Registration Number: 2323330
Trademark Representative Name: David Sunshine
Trademark Representative Address: 277 Park Avenue New York, NY 10172

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the options available to you concerning this seizure. An important document – an "Election of Proceedings" form is enclosed with this letter. You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame.

(ATT 9-B: Revised November 2014)

Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with 19 U.S.C. § 1618 and 19 C.F.R. §§ 171.1 and 171.2, seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form.

   By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

   If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

   At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond. *Please see section 4 of this letter for information on how to file a claim and cost bond.* If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with 19 U.S.C. § 1617 and 19 C.F.R. §§ 161.5 and 171.31. The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. *This option may serve to delay the case.* If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

   If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and

bond requesting a referral for judicial action.  If you do not act within the additional 30 days, the property may be forfeited to the United States.

You may also request a referral for judicial action at any point prior to the issuance of the offer in compromise decision.  *(Please see section 4 of this letter for information on how to file* You may also request a referral for judicial action at any point prior to the issuance of the offer *a claim and cost bond.)*  If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:**  You may abandon the property or state that you have no claim or interest in it.  If you choose this option, you should check Box 3 on the "Election of Proceedings" form.  The Government may proceed with forfeiture proceedings or address claims from other parties concerning the property, without further involving you.

4. **Court Action:**  You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in this letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below).  If you choose this option, you should check Box 4 on the "Election of Proceedings" form.

If you chose this option, you must submit to CBP (at the address provided at the end of this letter) a claim and cost bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is less, but in no case shall the amount of the bond be less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate U.S. Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with 19 U.S.C. § 1608 and 19 C.F.R. § 162.47.  You may then file a petition for relief with the Department of Justice pursuant to Title 28, Code of Federal Regulations, Part 9 (28 C.F.R. Pt. 9).  Failure to submit a bond with the claim will render the request for judicial proceedings incomplete, and therefore, defective.  This means that the case will NOT be referred to the appropriate U.S. Attorney.

If you wish the Government to seek judicial forfeiture proceedings but cannot afford to post the bond, you should contact the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer of CBP (where applicable) so that CBP can make a determination of your financial ability to pay the bond.  If a determination of inability to pay is made, the cost of the bond may be waived in its entirety.  The case will be referred promptly and you may then file a petition for relief with the Department of Justice pursuant to 28 C.F.R. Pt. 9.

**Take No Action:**  If you choose to do nothing, CBP may seek to forfeit the property.  In order to obtain forfeiture, CBP must publish a notice of seizure and intent to forfeit for 30 consecutive

days, and after that time the Government acquires full title to the seized property. The first notice will be posted on or about 30 days from the date of this letter.

For property appraised in excess of $5,000, CBP will post notice of seizure and intent to forfeit on the internet at www.forfeiture.gov for 30 consecutive days.

For property appraised at $5000 or less, CBP will post notice of seizure and intent to forfeit in a conspicuous place accessible to the public at the customhouse or Border Patrol sector office (where appropriate) nearest the place of seizure as well as on the internet at www.forfeiture.gov for 30 consecutive days.

**Release on Payment:** If the seized merchandise is not, by law, prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with 19 U.S.C. § 1614 and 19 C.F.R. § 162.44.

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. You may still submit a petition, offer in compromise, or file a claim and cost bond requesting that the matter be referred to the U.S. Attorney's Office, and you must check the appropriate box on the "Election of Proceedings" form. The decision letter on your offer will provide you with the time frames for those options.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture proceedings if those documents are necessary to support the option you choose. *If you did not receive this form, please call the telephone number below.*

All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter. If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to U.S. Customs and Border Protection, Attn: FP&F Office, City View Plaza II, 48 Carr. 165 OFC 3000, Guaynabo, PR 00968-8046. If further information is required, contact Patricia Hernandez, Paralegal Specialist, at 787-729-6915. All inquiries should reference the case number.

Sincerely,

Ivelisse Maldonado
Fines, Penalties, and Forfeitures Officer

Enclosure: Election of Proceedings form - Non Cafra Form

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER 18 U.S.C. §1001 AND/OR 18 U.S.C. §1621, AND MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

## ELECTION OF PROCEEDINGS – NON-CAFRA FORM

NOTE: PLEASE READ THE LETTER NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP), Attn: Fines, Penalties and Forfeitures, 48 CARR 165 STE 3000, City View Plaza II, Guaynabo, PR 00968-8071.

I understand that property in which I have an interest has been seized by U.S. Customs and Border Protection (CBP) 2017-4913-101096-01 PH.

Check ONLY ONE of the five following choices:

☐ 1. I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My petition is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my petition is considered. However, I understand that *at any time* I can request, in writing, that you begin administrative forfeiture proceedings, and you will continue to consider my petition. I also understand that *at any time* I can file a claim and bond with CBP and CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 2. I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED. My offer is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my offer is considered. However, I understand that *while my offer is under consideration* I can request, in writing, that CBP begin administrative forfeiture proceedings, and CBP will continue to consider my offer. I also understand that *while my offer is under consideration* I can file a claim and cost bond with CBP and CBP's consideration of my offer will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 3. I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY. Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

☐ 4. I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION. Please immediately refer the case to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings. I am filing/will file a claim and bond with CBP.

☐ 5. I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY. Please immediately begin publication of the notice of seizure and intent to forfeit the property, and consider any petition or offer in compromise which I may timely file. I understand that within thirty (30) days of the first publication of the notice, I can request that CBP send the case to the U.S. Attorney's Office for institution of judicial forfeiture proceedings.

_____          _____
Name (Print)                                    Date


_____
Signature



# Table of Property Seized

## Case Number: 2017-4913-101096-01

| Property | Approximate Quantity | UM |
|---|:---:|:---:|
| Puma caps | 14 | EA. |
| Adidas caps | 20 | EA. |
| Armani Exchange caps | 24 | EA. |
| Gucci caps | 3 | EA. |
| Versace caps | 2 | EA. |
| Calvin Klein metal emblems | 190 | EA. |
| Calvin Klein keychains | 111 | EA. |
| Tous pendants | 19 | EA. |
| Tous earrings | 19 | EA. |
| Tous metal emblem | 16 | EA. |
| Adidas metal emblem | 32 | EA. |
| Gucci watches | 32 | EA. |
| Tous watches | 35 | EA. |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent<br>☐ Addressee<br>B. Received by *(Printed Name)*    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Edna Santos<br>P.O. Box 1203<br>Orocovis, PR 00720. | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 1598 5362 1432 85 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>70 1520 0002 0170 3305 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

**USPS TRACKING #**

9590 9402 1598 5362 1432 85    2017-4913-101096-01 PH

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10



• Sender: Please print your name, address, and ZIP+4 in this box •

**US Customs and Border Protection**
Attn: FP & F Office
#48 Carr 165 STE 3000
City View Plaza II
Guaynabo PR 00968-8071

## **EXHIBIT F:**

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**U.S. CUSTOMS AND BORDER PROTECTION**
**DECLARATION OF ADMINISTRATIVE FORFEITURE**
(Property Valued at $5,000 or less)

Case Number: 2017491310109601

Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov and posted at the Customhouse #48 CARR 165 STE 300008 , GUAYNABO, PR, 00968-   as required by law on the following dates: 7/14/2017 to 8/12/2017

In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. §§ 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. § 162.45), the following described property is declared forfeited for violation(s) as listed below.

2017491310109601010000; Seized On 20170420 At the port of  SAN JUAN, PR; PUMA CAPS; ; 1; BX;  Valued at $36; For violation of 19USC1526(E)

2017491310109601020000; Seized On 20170420 At the port of  SAN JUAN, PR; ADIDAS CAPS; ; 20; EA;  Valued at $44; For violation of 19USC1526(E)

2017491310109601030000; Seized On 20170420 At the port of  SAN JUAN, PR; ARMANI EXCHANGE CAPS; ; 24; EA;  Valued at $79; For violation of 19USC1526(E)

2017491310109601040000; Seized On 20170420 At the port of  SAN JUAN, PR; GUCCI CAPS; ; 3; EA;  Valued at $109; For violation of 19USC1526(E)

2017491310109601050000; Seized On 20170420 At the port of  SAN JUAN, PR; VERSACE CAPS; ; 2; EA;  Valued at $67; For violation of 19USC1526(E)

2017491310109601060000; Seized On 20170420 At the port of  SAN JUAN, PR; CALVIN KLEIN METAL EMBLEMS; ; 190; EA;  Valued at $38; For violation of 19USC1526(E)

2017491310109601070000; Seized On 20170420 At the port of  SAN JUAN, PR; CALVIN KLEIN KEYCHAIN; ; 111; EA;  Valued at $22; For violation of 19USC1526(E)

2017491310109601080000; Seized On 20170420 At the port of  SAN JUAN, PR; TOUS PENDANTS; ; 19; EA;  Valued at $188; For violation of 19USC1526(E)

2017491310109601090000; Seized On 20170420 At the port of  SAN JUAN, PR; TOUS EARRINGS; ; 19; EA;  Valued at $188; For violation of 19USC1526(E)

2017491310109601100000; Seized On 20170420 At the port of  SAN JUAN, PR; TOUS METAL EMBLEM; ; 16; EA;  Valued at $3; For violation of 19USC1526(E)

2017491310109601110000; Seized On 20170420 At the port of  SAN JUAN, PR; ADIDAS METAL EMBLEMS; ; 32; EA;  Valued at $6; For violation of 19USC1526(E)

2017491310109601120000; Seized On 20170420 At the port of  SAN JUAN, PR; GUCCI WATCHES; ; 1; BX;  Valued at $2528; For violation of 19USC1526(E)

2017491310109601130000; Seized On 20170420 At the port of  SAN JUAN, PR; TOUS WATCHES; ; 35; EA;  Valued at $577; For violation of 19USC1526(E)

IVELISSE MALDONADO
Fines, Penalties & Forfeitures Officer:

Forfeiture Date: _____ AUG 1 6 2017

Page:  2

## **EXHIBIT G:**

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

| CASE NUMBER | 2018490330V00301 |
| PORT CODE AND NAME | 4909 SAN JUAN, PR |
| | P01 |
| INVESTIGATION FILE NO. | |

19 USC 1618, 13 USC 1623

EDDA  SANTOS
P.O. BOX 1263
GUAYNABO                PR   00720

DEMAND IS HEREBY MADE FOR PAYMENT OF        $35,786.00, REPRESENTING
PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW.

ON APRIL 30, 2017 U.S CUSTOM AND BORDER PROTECTION (CBP) SEIZED
CONTRABANT MERCHANDISE. THE PROPERTY WAS SEIZED UNDER 2017-4911-000386-01.
A NOTICE OF SEIZURE WAS SENT TO ALL INTERESTED PARTIES ON JUNE 11, 2017.
FORFEITURE PROCEEDINGS WERE INITIATED AND THE PROPERTY WAS DECLARED FORFEITED
TO THE GOVERNMENT ON AUGUST 16, 2017. A PENALTY IS ASSESSED UNDER
19USC1618(F), WHICH ALLOWS FOR A CIVIL PENALTY AGAINST *ANY PERSON WHO
DIRECTS, ASSISTS FINANCIALLY OR OTHERWISE, OR AIDS AN AIDS THE IMPORTATION
OF MERCHANDISE FOR SALE OR PUBLIC DISTRIBUTION* THAT BEARS A COUNTERFEIT
MARK. THE AMOUNT IS BASED ON THE MSRP VALUE THE MERCHANDISE WOULD HAVE HAD,
IF IT WERE GENUINE.

OTHER PENALTY VIOLATION

| LAW OR REGULATION VIOLATED | |
| 19USC1526(F) | |

| DESCRIPTION OF BOND | BOND NUMBER: | BOND TYPE: |
| | AMOUNT: | DATE: |

| NAME AND ADDRESS OF PRINCIPAL ON BOND | | SURETY NO. |

| NAME AND ADDRESS OF SURETY ON BOND | |

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION.  YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION.  WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: US CBP / FP&F OFFI
CE, 844 CARR 165 STE 302308, GUAYNABO, PR 00968
UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE TIME INDICATED (TIME LIMIT) FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH BOND OR MATTER WILL BE REFERRED TO US ATTORNEY.
TIME LIMIT FOR PAYMENT OR FILING PETITION, 60 DAYS FROM DATE OF THIS NOTICE.

| SIGNATURE: | TITLE: | |
| EFRAIN RIVAS | FP&F OFFICER | APR 0 6 2018 |
| BY: | | 04/03/2018 |

"The Small Business and Regulatory Enforcement Ombudsman and 10 Regional
Fairness Boards were established to receive comments from small business about federal
agency enforcement activities and rate each agency's responsiveness to small business.
If you wish to comment on the enforcement actions of U.S. Customs and Border
Protection, call 1-888-REG-FAIR (888-734-3247).

*Please note: The National Ombudsman/Regulatory Fairness Board process has no effect on your
rights or obligations under the procedures of the agency on which you are commenting.
You must still comply with all of that agency's processes and procedures."

## EXHIBIT H:



## U.S. Customs and
## Border Protection
US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER
1
GUAYNABO PR  00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 1  1 SP 0.470 P1 T1 *** | Importer Number: |
| BILL TO:  SANTOS, EDNA | |
| P.O. BOX 1203 | Bill Number:       FP00000686 |
| OROCOVIS PR 00720 US | |
| | Bill Date:          07/07/2018 |
| | |
| ꞑꞁ|ꞁ|ꞁꞁ|ꞁ|ꞁꞁꞁ|ꞁꞁꞁ|ꞁꞁꞁ|ꞁꞁꞁ|ꞁꞁꞁꞁ|ꞁꞁꞁ|ꞁꞁꞁꞁ|ꞁꞁ| | Port of Service/Charge:   4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 04/03/2018 | FPF CASE | 2018490930005201 | PENALTY | 38786.00 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: SANTOS, EDNA

VIOLATION DATE: 04-20-2017

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 38786.00**

---

PAYER'S COPY                     CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:    07/07/2018
Bill To:      SANTOS. EDNA
              P.O. BOX 1203
              OROCOVIS PR 00720 US

Bill Number:                   FP00000686
Transaction Identification:    2018490930005201
THIRD NOTICE ISSUED
Amount Due:                    38786.00
Amount Enclosed:               _____

US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER 1
GUAYNABO PR  00968

PLEASE ADVISE OF ANY ADDRESS CHANGE                     CBP FORM 6084SC (03/12)

**EXHIBIT I:**

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071



**U.S. Customs and
Border Protection**

PR 2018-00465 KIT

August 31, 2018

Edna Soto
P.O. Box 1203
Orocovis, P.R. 00720

**Re:   Notice of Penalty Incurred and Demand for Payment in the Amount of $38,786.00
(FP&F Case No. 2018-4909-300052-01)**

Dear Ms. Soto:

On April 6, 2018, U.S. Customs and Border Protection (CBP) sent to you Customs Form 5955A,
"Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," indicating that a
monetary penalty had been assessed against you in the amount of $38,786.00. The penalty was
issued pursuant to Section 1526(f) of Title 19, United States Code (U.S.C.), as you imported
counterfeit products for commercial purposes. In addition to the penalty notice, three additional
bills were sent to you on June 10, 2018, June 24, 2018, and July 8, 2018, requesting payment of
the penalty.

According to CBP records, on April 20, 2017, you imported 14 Puma caps, 20 Adidas caps, 24
Armani Exchange caps, 3 Gucci caps, 2 Versace caps, 190 Calvin Klein metal emblems, 1 11
Calvin Klein keychains, 19 Tous pendants, 19 Tous earrings, 16 Tous metal emblems, 32 Adidas
metal emblems, 32 Gucci watches, and 35 Tous watches. Pursuant to 19 U.S.C. § 1526(e), CBP
shall seize and forfeit imported merchandise that bears a counterfeit trademark that is both
registered with the Patent Trade Office (PTO) and recorded with CBP. Based on this legal
authority, on August 16, 2017, CBP administratively forfeited the counterfeit goods.
Subsequently, on April 6, 2018, the above-described penalty was assessed against you. To date,
CBP has not received a payment for the penalty amount.

Within 30 days of your receipt of this letter, please contact the attorney listed below to discuss
the status of this case. You have the option to make full payment of the penalty; however, you
may also make a supplemental petition if certain requirements are met. The attorney can discuss
these requirements with you or your legal representative when you contact him.

> **If we do not receive a response within 30 days, we will ask that the United
> States Attorney file a complaint against you, in your personal capacity, in
> U.S. District Court, District of Puerto Rico, for collection of the full amount
> of the penalty ($38,786.00).**

We would appreciate your cooperation to avoid litigation.  For your reference, we have enclosed copies of the initial Notice of Penalty and a sample of the initial bill that were sent to you.

Should you, or your legal representative, have any questions regarding this matter, please contact me (Senior Attorney - Kiry Isaac Tous) at 787-729-6695, ext. 2.  All correspondence with regard to this matter should be sent to me as well.  **We strongly encourage you to either pay the penalty in its entirety or contact me within 30 days to avoid litigation.  Please note that any payment that you elect to submit must be made by certified check or money order, payable to "U.S. Customs and Border Protection."**

Sincerely,

Kiry Isaac Tous
Senior Attorney

Enclosures

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071

 **U.S. Customs and
Border Protection**

PR 2018-00465 KIT

October 12, 2018

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

**Re:  Notice of Penalty Incurred and Demand for Payment in the Amount of $38,786.00
(FP&F Case No. 2018-4909-300052-01)**

Dear Ms. Santos:

On April 6, 2018, U.S. Customs and Border Protection (CBP) sent to you Customs Form 5955A,
"Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," indicating that a
monetary penalty had been assessed against you in the amount of $38,786.00. The penalty was
issued pursuant to Section 1526(f) of Title 19, United States Code (U.S.C.), as you imported
counterfeit products for commercial purposes. In addition to the penalty notice, three additional
bills were sent to you on June 10, 2018, June 24, 2018, and July 8, 2018, requesting payment of
the penalty.

According to CBP records, on April 20, 2017, you imported 14 Puma caps, 20 Adidas caps, 24
Armani Exchange caps, 3 Gucci caps, 2 Versace caps, 190 Calvin Klein metal emblems, I 11
Calvin Klein keychains, 19 Tous pendants, 19 Tous earrings, 16 Tous metal emblems, 32 Adidas
metal emblems, 32 Gucci watches, and 35 Tous watches. Pursuant to 19 U.S.C. § 1526(e), CBP
shall seize and forfeit imported merchandise that bears a counterfeit trademark that is both
registered with the Patent Trade Office (PTO) and recorded with CBP. Based on this legal
authority, on August 16, 2017, CBP administratively forfeited the counterfeit goods.
Subsequently, on April 6, 2018, the above-described penalty was assessed against you. To date,
CBP has not received a payment for the penalty amount.

Within 30 days of your receipt of this letter, please contact the attorney listed below to discuss
the status of this case. You have the option to make full payment of the penalty; however, you
may also make a supplemental petition if certain requirements are met. The attorney can discuss
these requirements with you or your legal representative when you contact him.

> **If we do not receive a response within 30 days, we will ask that the United
> States Attorney file a complaint against you, in your personal capacity, in
> U.S. District Court, District of Puerto Rico, for collection of the full amount
> of the penalty ($38,786.00).**

We would appreciate your cooperation to avoid litigation. For your reference, we have enclosed copies of the initial Notice of Penalty and a sample of the initial bill that were sent to you.

Should you, or your legal representative, have any questions regarding this matter, please contact me (Senior Attorney - Kiry Isaac Tous) at 787-729-6695, ext. 2. All correspondence with regard to this matter should be sent to me as well. **We strongly encourage you to either pay the penalty in its entirety or contact me within 30 days to avoid litigation. Please note that any payment that you elect to submit must be made by certified check or money order, payable to "U.S. Customs and Border Protection."**

Sincerely,

Kiry Isaac Tous
Senior Attorney

Enclosures



CERTIFIED MAIL

U.S. Customs and
Border Protection

#1 PUNTILLA STREET
SAN JUAN, PR  00901

*ACC*

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7015 0640 0002 5932 4288
7015 0640 0002 5932 4288

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage
$

Total Postage and Fees
$

Sent To   *Edna Santos*

Street and Apt. No., or PO Box No.   *P.O. Box 1203*

City, State, ZIP+4®   *Orocovis, P.R. 00720*

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

Postmark
Here

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071



**U.S. Customs and
Border Protection**

PR 2018-00465 KIT

December 7, 2018

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

Re:   **Notice of Penalty Incurred and Demand for Payment in the Amount of $38,786.00
(FP&F Case No. 2018-4909-300052-01)**

### FINAL NOTICE

Dear Ms. Santos:

On April 6, 2018, U.S. Customs and Border Protection (CBP) sent to you Customs Form 5955A, "Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," indicating that a monetary penalty had been assessed against you in the amount of $38,786.00. The penalty was issued pursuant to Section 1526(f) of Title 19, United States Code (U.S.C.), as you imported counterfeit products for commercial purposes. In addition to the penalty notice, three additional bills were sent to you on June 10, 2018, June 24, 2018, and July 8, 2018, requesting payment of the penalty.

According to CBP records, on April 20, 2017, you imported 14 Puma caps, 20 Adidas caps, 24 Armani Exchange caps, 3 Gucci caps, 2 Versace caps, 190 Calvin Klein metal emblems, 111 Calvin Klein keychains, 19 Tous pendants, 19 Tous earrings, 16 Tous metal emblems, 32 Adidas metal emblems, 32 Gucci watches, and 35 Tous watches. Pursuant to 19 U.S.C. § 1526(e), CBP shall seize and forfeit imported merchandise that bears a counterfeit trademark that is both registered with the Patent Trade Office (PTO) and recorded with CBP. Based on this legal authority, on August 16, 2017, CBP administratively forfeited the counterfeit goods. Subsequently, on April 6, 2018, the above-described penalty was assessed against you. To date, CBP has not received a payment for the penalty amount. Furthermore, on or about October 12, 2018, our office sent to you a demand letter.

Please be advised that pursuant to 19 U.S.C. § 1618, you may submit an offer to mitigate this penalty for another amount. If you are interested in further mitigating the penalty of $38,786.00, you must submit your written offer to our office within 15 days of your receipt of this letter. The Agency, upon receipt of your offer, will review it and make a determination.

If we do not hear from you within the allotted period previously mentioned, we will request that the United States Attorney file a complaint against you, in your personal capacity, in U.S. District Court, District of Puerto Rico, for collection of the full original amount of the penalty ($38,786.00).

Should you, or your legal representative, have any questions regarding this matter, please contact me (Senior Attorney - Kiry Isaac Tous) at 787-729-6695, ext. 2. All correspondence with regard to this matter should be sent to me as well. **We strongly encourage you to either pay the penalty in its entirety or contact me within 15 days to avoid litigation. Please note that any payment that you elect to submit must be made by certified check or money order, payable to "U.S. Customs and Border Protection."**

Sincerely,

Kiry Isaac Tous
Senior Attorney

Enclosures

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)       $ _____        Postmark
☐ Certified Mail Restricted Delivery  $ _____        Here
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$

Sent To    Edna Santos
Street and Apt. No., or PO Box No.   P.O. Box 1203
City, State, ZIP+4   Orocovis, P.R. 00720

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 3430 0000 2470 8332
7015 3430 0000 2470 8332

U.S. Customs and
Border Protection

#1 PUNTILLA STREET
SAN JUAN, PR  00901

ACC

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. Customs and Border Protection

#1 PUNTILLA STREET
SAN JUAN, PR 00901

ALC

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

7016 0340 0000 5266 8802

UNITED STATES POSTAGE PITNEY BOWES
PENALTY FOR PRIVATE USE $300
02 1M $ 06.67⁰
0004206442 SEP 04 2018
MAILED FROM ZIP CODE 00901

16 R

RETURNED TO SENDER

UNCLAIMED

1st NOTICE 9/6
2nd NOTICE 9/11
RETURN 9/21

UNCLAIMED

Soto
P.O. Box 1203

NIXIE 009 CE 1 8709/25/18

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

UNC BC: 00901182299 *2083-01093-04-47

00720$1203 0001 1822

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

9590 9402 3874 8060 0573 67

2. Article Number (Transfer from service label)

7015 0640 0002 5932 4288

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) [handwritten name] C. Date of Delivery 10/29/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Edna Santos
P.O. Box 1203
Orocovis, P.R. 00720

9590 9402 3874 8060 0574 11

2. Article Number (Transfer from service label)

7015 3430 0000 2470 8332

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

OROCOVIS DEC 10 2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

